July 12, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

TEXAS STAR SHUTTLE, TEXAS LONESTAR MEDICAL
TRANSPORTATION, YOLANDA CHALFANT, ALEXIS JOE, WILLIAM T.
JOE, AND RICHARD ARRIAZOLA, Appellants

NO. 14-15-00985-CV          V.

RICHARD GRICE, RICHARD GRICE, JR., IMPACT FINANCE
CORPORATION, AUTOONE INSURANCE, LINCOLN GENERAL
INSURANCE COMPANY, PROGRESSIVE INSURANCE COMPANY,
BRISTOL WEST INSURANCE SERVICES OF TEXAS, INC. AMERICA
MEDICAL RESPONSE, AND S.A.I. AGENCY, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 21, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Texas Star Shuttle, Texas Lonestar Medical Transportation, Yolanda Chalfant, Alexis Joe, William T. Joe, and Richard Arriazola.

We further order this decision certified below for observance.